```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38446
   ROBERT P SCHUSTER
   DEBRA L SCHUSTER                              CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-7337      SSN XXX-XX-3880
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/04 and confirmed on 12/30/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 87519.54 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| AQUA FINANCE | SECURED | 1087.50 | 24.56 | 1087.50 |
| EECU | SECURED VEHIC | 22999.54 | 892.62 | 22999.54 |
| BECKET & LEE LLP | UNSECURED | 10249.96 | .00 | 10249.96 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9067.95 | .00 | 9067.95 |
| DISCOVER BANK | UNSECURED | 8425.65 | .00 | 8425.65 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2083.69 | .00 | 2083.69 |
| HOUSEHOLD TAXMASTERS | UNSECURED | 3652.43 | .00 | 3652.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3395.83 | .00 | 3395.83 |
| ECAST SETTLEMENT CORP | UNSECURED | 4256.77 | .00 | 4256.77 |
| KOHLS | UNSECURED | 462.58 | .00 | 462.58 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2389.95 | .00 | 2389.95 |
| SELECT COMFORT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8114.15 | .00 | 8114.15 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 150.00 | .00 | 150.00 |
| AQUA FINANCE | UNSECURED | 887.40 | .00 | 887.40 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 3764.77 | .00 | 3764.77 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24237.04 | .00 | 56751.13 | .00 | 80988.17 |
| PRINCIPAL PAID | 24237.04 | .00 | 56751.13 | .00 | 80988.17 |

```
INTEREST PAID              917.18            .00           .00           .00        917.18
TOTAL PAID               25154.22            .00      56751.13           .00      81905.35
```

The Debtor's attorney, STUART B HANDELMAN              , was allowed $   3445.50
and was paid $   2200.00   direct and $   1245.50   through the plan.

The Trustee received $   3949.46 .

Refunds to the Debtor totaled $    419.23 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 38446 ROBERT P SCHUSTER & DEBRA L SCHUSTER